IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LEARBURY SHUNDRELL SMITH                                              PLAINTIFF

v.                          Case No. 4:24-cv-4083

SHERIFF JEFF BLACK; DEPUTY SHERIFF
CODY HENSLEY; JAIL ADMINISTRATOR
RAMI COX; CORRECTIONAL OFFICER
SHANE BERRYMAN; CORRECTIONAL OFFICER
JESSICA WISE; POLICE OFFICER EDDIE WISE;
DR. DAVIS; and DEPUTY SHERIFF CULLEN MATLOCK            DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed September 13, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 9. Judge Bryant recommends that all claims against Defendants Jeff Black, Cody Hensley, Jessica Wise, and Eddie Wise be dismissed. Judge Bryant further recommends that Plaintiff's official capacity claims be dismissed. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 9) *in toto*. Accordingly, all claims against Defendants Jeff Black, Cody Hensley, Jessica Wise, and Eddie Wise are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted. Further, Plaintiff's official capacity claims are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted. Plaintiff's excessive force claim against Defendants Shane Berryman, Rami Cox, and Cullen Matlock and Plaintiff's denial of medical care claim against Defendants Rami Cox and Dr. Davis remain for further litigation.

**IT IS SO ORDERED**, this 10th day of October, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge