IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LEARBURY SHUNDRELL SMITH                                                                 PLAINTIFF

v.                                           Case No. 4:24-cv-4083

JAIL ADMINISTRATOR RAMI COX;
CORRECTIONAL OFFICER SHANE BERRYMAN;
SGT. CULLEN MADLOCK; and DR. DAVIS                                                     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 6, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 36. Judge Bryant recommends that this case be dismissed without prejudice for failure to comply with the Court's orders.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 36) *in toto*. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 24th day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge